**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE, M.D.
c/o Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036

*Plaintiff*,

v.

DEPARTMENT OF THE NAVY
1200 Navy Pentagon
Washington, D.C. 20350-1200

and

DEFENSE HEALTH AGENCY
7700 Arlington Blvd.
Falls Church, Virginia 22042

and

DEPARTMENT OF DEFENSE
Washington, D.C. 20301

*Defendants*.

1:26-cv-3383-JMC

* * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO COURT ORDER**

Plaintiff Jane Doe, M.D., files this notice in compliance with the Court's minute order of October 2, 2026. The parties are conferring in a good faith effort to narrow the scope of legal disputes to minimize need for further motion practice. The parties intend to continue their discussions over the next week. Plaintiff proposes reporting back to the Court with an update by October 23, 2026.

Dated: October 9, 2026

Respectfully submitted,

*s/ Kevin Thomas Carroll*
Kevin Thomas Carroll

D.C. Bar #1021479
Mark S. Zaid
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(718) 791-5761
Kevin@MarkZaid.com
Mark@MarkZaid.com

*Attorneys for Jane Doe, M.D.*